Laughlin against George Moeser. No opinion. Motion denied, with $10 costs. Order filed.

In re McLOUTH. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) In the matter of the final judicial settlement of the accounts of Charles G. McLouth, as committee, etc. No opinion. Motion to dismiss appeal denied, without costs. *Held* that, the case and exceptions not having been settled and filed, there is technically no default under rule 41.

MAGGIO, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Carmelio Maggio, an infant, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., not sitting.

MALLOY et al., Respondents, v. O'BRIEN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by James Malloy and others against John O'Brien and another. W. H. Russell, for appellants. C. V. Pallister, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

MALLOY et al., Respondents, v. O'BRIEN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by James Malloy and others against John O'Brien and another. No opinion. W. H. Russell, for appellants. C. V. Pallister, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

MALONE, Respondent, v. LYONS, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Frank H. Malone against Elizabeth Lyons. No opinion. Judgment of the Municipal Court affirmed, with costs.

MARGETSON v. JOLINE. (Supreme Court, Appellate Division, First Department. November 13, 1908.) Action by Anna M. Margetson against Adrian H. Joline. No opinion. Motion denied, with $10 costs. Order filed.

MASSECAR, Respondent, v. BAUER, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Frederick H. Massecar against Jacob Bauer. No opinion. Judgment affirmed, with costs.

MATTISON v. MATTISON et al. (two cases). (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Richard V. Mattison against Agnes C. Mattison and another. I. Hershfield, for appellant. E. L. Mooney, for respondents.

PER CURIAM. Orders affirmed, with $10 costs and disbursements. Orders filed.

HOUGHTON, J., dissents.

MAY, Respondent, v. CHARLOUIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Moses May against Jean I. Charlouis and another. No opinion. Motion granted. See, also, 128 App. Div. 127, 112 N. Y. Supp. 554.

MERKEL v. MURRAY. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Irwin Merkel against William J. Murray. No opinion. Motion granted. Settle order on notice.

MERRITT et al., Respondents, v. WILSON, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Hiram Merritt and another against Perry E. Wilson. No opinion. Judgment affirmed by default, with costs.

MILLER, Respondent, v. RICHTERICH et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Marshall Y. Miller against Robert Richterich and another. No opinion. Judgment reversed on argument, and new trial granted; costs to abide the event.

MITCHELL, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Samuel Mitchell against William Smith. No opinion. Judgment affirmed, with costs.

M. LINDHEIM & CO., Appellant, v. CENTRAL NAT. REALTY & CONSTRUCTION CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by M. Lindheim & Co. against the Central National Realty & Construction Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

MONNOT et al., Respondents, v. HUSSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by John F. Monnot and others, by Louise R. Monnot, their guardian, against Joseph Husson. No opinion. Motion denied, without costs.

In re MORGAN AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) In the matter of the application of the city of New York relative to acquiring title to Morgan avenue, from Stagg street to Meeker avenue, in the Eighteenth ward of the borough of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements.

MORRISON et al. v. SLATER et al. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Jacob Morrison and another against Frank Slater and another. No opinion. Motion denied, with $10 costs. Order filed.